Henry SULLENGER, Movant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 66903.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 30, 1996.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Kocot, Asst. Attorney General, Jefferson City, for respondent.

REINHARD, Presiding Judge.

Movant appeals from the motion court's judgment dismissing his amended Rule 24.035 motion as untimely and denying relief on his *pro se* motion after an evidentiary hearing. The state concedes the necessity of a remand to the motion court "with instructions to conduct a *Sanders*[1] hearing to determine why an amended motion was not [time-

1. *See Sanders v. State,* 807 S.W.2d 493 (Mo. banc 1991).

ly] filed by post-conviction counsel...." Movant also addresses a point on appeal to the motion court's denial of post-conviction relief on his *pro se* motion. However, judicial economy would not be served by such piecemeal review. We remand to the motion court pursuant to the state's concession.

KAROHL and DOWD, JJ., concur.

